<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of _____
               (State)

Case number (If known): _____ Chapter _____

❑ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

**1. Debtor's name**     _____

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

_____
_____
_____
_____
_____

**3. Debtor's federal Employer Identification Number (EIN)**    __ __ – __ __ __ __ __ __ __

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| _____ | _____ |
| Number    Street | Number    Street |
| _____ | P.O. Box |
| City    State    ZIP Code | _____ |
|  | City    State    ZIP Code |
| _____ | **Location of principal assets, if different from principal place of business** |
| County | _____ |
|  | Number    Street |
|  | _____ |
|  | City    State    ZIP Code |

**5. Debtor's website (URL)**    _____

**6. Type of debtor**

❑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❑ Partnership (excluding  LLP)

❑ Other. Specify: _____

Debtor _____    Case number *(if known)*_____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. § 101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))

❑ None of the above

B. *Check all that apply:*

❑ Tax-exempt entity (as described in 26 U.S.C. § 501)

❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❑ Chapter 7

❑ Chapter 9

❑ Chapter 11. *Check all that apply*:

　　❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

　　❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　❑ A plan is being filed with this petition.

　　❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

❑ No

❑ Yes.  District _____  When _____  Case number _____
　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　　District _____  When _____  Case number _____
　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

❑ No

❑ Yes.  Debtor _____  Relationship _____

　　　　　District _____  When _____
　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　　Case number, if known _____

| Debtor | | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

❑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

❑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

❑ No | See attached for an additional answer to question 12. |

❑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

❑ It needs to be physically secured or protected from the weather.

❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

❑ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                                State        ZIP Code

**Is the property insured?**

❑ No

❑ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

❑ Funds will be available for distribution to unsecured creditors.

❑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors (on a consolidated basis)**

| | | |
|---|---|---|
| ❑ 1-49 | ❑ 1,000-5,000 | ❑ 25,001-50,000 |
| ❑ 50-99 | ❑ 5,001-10,000 | ❑ 50,001-100,000 |
| ❑ 100-199 | ❑ 10,001-25,000 | ❑ More than 100,000 |
| ❑ 200-999 | | |

**15. Estimated assets (on a consolidated basis)**

| | | |
|---|---|---|
| ❑ $0-$50,000 | ❑ $1,000,001-$10 million | ❑ $500,000,001-$1 billion |
| ❑ $50,001-$100,000 | ❑ $10,000,001-$50 million | ❑ $1,000,000,001-$10 billion |
| ❑ $100,001-$500,000 | ❑ $50,000,001-$100 million | ❑ $10,000,000,001-$50 billion |
| ❑ $500,001-$1 million | ❑ $100,000,001-$500 million | ❑ More than $50 billion |

Debtor   Abengoa Bioenergy Biomass of Kansas, LLC
         Name                                                    Case number (if known)_____

| 16. Estimated liabilities (on a consolidated basis) | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**Request for Relief, Declaration, and Signatures**

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04 / 06 / 2016
             MM / DD / YYYY

✗ _____          Sandra Porras Serrano
   Signature of authorized representative of debtor          Printed name

Title  Chief Financial Officer

---

18. **Signature of attorney**

✗ _____          Date  04 / 06 / 16
   Signature of attorney for debtor                   MM / DD / YYYY

R. Craig Martin
Printed name

DLA Piper LLP (US)
Firm name

1201       North Market Street, Suite 2100
Number     Street

Wilmington                          DE          19801-1147
City                                State       ZIP Code

(302) 468-5700                      craig.martin@dlapiper.com
Contact phone                       Email address

5032                                DE
Bar number                          State

---

### SCHEDULE 1

### SCHEDULE OF DEBTORS

On the date hereof, each of the affiliated entities listed below (each, a "Debtor" and, collectively, the "Debtors") filed a voluntary petition in the United States Bankruptcy Court for the District of Delaware (the "Court") for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors have moved for joint administration of these cases under *In re Abeinsa Holding Inc.*, Case No. 16-10790.

1. Abener Teyma Hugoton General Partnership
2. Abengoa US Holding, LLC
3. Abengoa US, LLC
4. Abengoa US Operations, LLC
5. Abengoa Bioenergy Biomass of Kansas, LLC
6. Abengoa Bioenergy Hybrid of Kansas, LLC
7. Abengoa Bioenergy Technology Holding, LLC
8. Abengoa Bioenergy New Technologies, LLC

On March 29, 2016, each of the affiliated entities listed below filed a voluntary petition in this Court for relief under the Bankruptcy Code. The bankruptcy cases of the affiliates listed below are jointly administered under the chapter 11 case of Abeinsa Holding, Inc., Case No. 16-10790.

| | | |
|---|---|---|
| 9. | Abeinsa Holding Inc. | Case No. 16-10790 |
| 10. | Abengoa Solar, LLC | Case No. 16-10791 |
| 11. | Abeinsa EPC LLC | Case No. 16-10792 |
| 12. | Abencor USA, LLC | Case No. 16-10793 |
| 13. | Inabensa USA, LLC | Case No. 16-10802 |
| 14. | Nicsa Industrial Supplies, LLC | Case No. 16-10794 |
| 15. | Abener Construction Services, LLC | Case No. 16-10795 |
| 16. | Abener North America Construction, LP | Case No. 16-10801 |
| 17. | Abeinsa Abener Teyma General Partnership | Case No. 16-10796 |
| 18. | Abener Teyma Mojave General Partnership | Case No. 16-10797 |
| 19. | Abener Teyma Inabensa Mount Signal Joint Venture | Case No. 16-10798 |
| 20. | Teyma USA & Abener Engineering and Construction Services General Partnership | Case No. 16-10799 |
| 21. | Teyma Construction USA, LLC | Case No. 16-10800 |

On March 28 and 29, 2016, each of the affiliated entities listed below filed respective petitions in this Court for relief under chapter 15 of the Bankruptcy Code, seeking recognition of the foreign proceeding pending in Spain as a foreign main proceeding. The bankruptcy cases of the affiliates listed below are jointly administered under the chapter 15 case of Abengoa, S.A. Case No. 16-10754.

| | | |
|---|---|---|
| 22. | Abengoa, S.A. | Case No. 16-10754 |

23. Abeinsa Asset Management, S.L.
(formerly Abener Inversiones, S.L.)          Case No. 16-10777
24. Abeinsa Inversiones Latam, S.L.
(formerly Dimange Inversiones 2009, S.L.)    Case No. 16-10775
25. Abeinsa, Ingeniería y Construcción
Industrial, S.A.                             Case No. 16-10760
26. Abencor Suministros S.A.                 Case No. 16-10758
27. Negocios Industriales y Comerciales, S.A.   Case No. 16-10768
28. Abener Energía, S.A.                      Case No. 16-10759
29. Abengoa Bioenergía, S.A.                  Case No. 16-10763
30. Abeinsa Infraestructuras Medio Ambiente, S.A.
(formerly Befesa Agua)                       Case No. 16-10762
31. Abengoa Finance, S.A.                     Case No. 16-10755
32. Abengoa Concessions, S.L.                 Case No. 16-10776
33. Abengoa Solar España, S.A.
(formerly Solúcar Energía, S.A.)             Case No. 16-10770
34. Abengoa Solar New Technologies S.A.
(formerly Solúcar,Investigación y Desarrollo
(Solúcar, R&D), S.A.)                        Case No. 16-10774
35. Abentel Telecomunicaciones, S.A.         Case No. 16-10764
36. Asa Desulfuración, S.A.
(formerly Befesa Desulfuración, S.A.)        Case No. 16-10778
37. Bioetanol Galicia, S.A.                   Case No. 16-10771
38. Ecoagrícola, S.A.                         Case No. 16-10765
39. Instalaciones Inabensa, S.A.              Case No. 16-10761
40. Europea de Construcciones Metálicas, S.A.   Case No. 16-10767
41. Siema Technologies, S.L.
(formerly Telvent Corporation)               Case No. 16-10772
42. Teyma, Gestión De Contratos De Construcción
E Ingeniería, S.A.                           Case No. 16-10769
43. Abengoa Water, S.L.
(formerly Befesa Water Projects S.L)         Case No. 16-10766
44. Abengoa Solar S.A. (formerly Solúcar Solar)   Case No. 16-10773
45. Abengoa Greenfield S.A.U.                 Case No. 16-10757
46. Abengoa Greenbridge, S.A.U.               Case No. 16-10756

On February 24, 2016, each of the affiliated entities listed below filed a voluntary petition in the United States Bankruptcy Court for the Eastern District of Missouri for relief under chapter 11 of the Bankruptcy Code.  The bankruptcy cases of the affiliates listed below are jointly administered under the chapter 11 case of Abengoa Bioenergy US Holding LLC, Case No. 16-41161.

47. Abengoa Bioenergy US Holding, LLC        Case No. 16-41161
48. Abengoa Bioenergy of Nebraska, LLC       Case No. 16-41163
49. Abengoa Bioenergy Company, LLC           Case No. 16-41165
50. Abengoa Bioenergy Engineering &
Construction, LLC                            Case No. 16-41168

|                                           |                   |
|-------------------------------------------|-------------------|
| 51. Abengoa Bioenergy Trading US, LLC     | Case No. 16-41167 |
| 52. Abengoa Bioenergy Outsourcing, LLC    | Case No. 16-41171 |

Finally, involuntary petitions were filed against the three affiliated entities listed below under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Nebraska and the United States Bankruptcy Court for the District of Kansas. The bankruptcy cases for affiliate Abengoa Bioenergy of Nebraska, LLC and Abengoa Bioenergy Company, LLC were converted to cases under chapter 11 of the Bankruptcy Code and transferred to the United States Bankruptcy Court for the Eastern District of Missouri as set forth below.

|                                               |                                     |
|-----------------------------------------------|-------------------------------------|
| 53. Abengoa Bioenergy of Nebraska, LLC        | Bankr. E.D. MO, Case No. 16-41336   |
| 54. Abengoa Bioenergy Company, LLC            | Bankr. E.D. MO, Case No. 16-41364   |
| 55. Abengoa Bioenergy Biomass of Kansas, LLC  | Bankr. D. KS, Case No. 16-10446     |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ABENGOA BIOENERGY BIOMASS OF KANSAS, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 16- (____) |

## ANSWER TO QUESTION 12 TO VOLUNTARY PETITION

Does the debtor own or have possession of any real property or personal property that needs immediate attention?

- The above-captioned debtor (the "Debtor") does not believe it owns or possesses any real or personal property that (i) poses a threat of imminent and identifiable hazard to public health or safety, (ii) needs to be physically secured or protected from the weather, or (iii) includes perishable goods or assets that could quickly deteriorate. The Debtor notes that it is not aware of the exact definition of "imminent and identifiable hazard" as used in this form.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| ABENGOA BIOENERGY BIOMASS OF KANSAS, LLC, | Case No. 16- (___) |
| Debtor. | |

## STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure,

the undersigned authorized officer of the Debtor certifies that the following corporate

entities/individuals own more than 10% of the Debtor.

| Shareholder | Percentage of Total Shares |
|---|---|
| Abengoa Bioenergy Hybrid of Kansas, LLC | 100% |

Fill in this information to identify the case and this filing:

Debtor Name __Abengoa Bioenergy Biomass of Kansas, LLC_____

United States Bankruptcy Court for the:: _____ District of Delaware
                                                        (State)

Case number (If known): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐    *Schedule H: Codebtors (Official Form 206H)*

☐    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐    *Amended Schedule _____*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204) U*

☒    *Other document that requires a declaration* Statement of Corporate Ownership _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04__/__06__/__2016__
              MM / DD / YYYY

x _____
Signature of individual signing on behalf of debtor

Sandra Porras Serrano
Printed name

Chief Financial Officer
Position or relationship to debtor

EAST\122999447.2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:

ABENGOA BIOENERGY BIOMASS OF
KANSAS, LLC,

                            Debtor.

Chapter 11

Case No. 16- (___)

## LIST OF EQUITY SECURITY HOLDERS

| Shareholder | Address of Equity Security Holder | Type of Equity Securities | Percentage of Total Shares |
|---|---|---|---|
| Abengoa Bioenergy Hybrid of Kansas, LLC | 16150 Main Circle Drive Suite 300 Chesterfield, MO 63017 | LLC Interests | 100% |

Fill in this information to identify the case and this filing:

Debtor Name __Abengoa Bioenergy Biomass of Kansas, LLC_____

United States Bankruptcy Court for the:_____ District of Delaware
(State)

Case number (If known):_____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐    Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐    Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐    Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐    Schedule H: Codebtors (Official Form 206H)

☐    Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐    Amended Schedule _____

☐    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204) U

☒    Other document that requires a declaration List of Equity Security Holders_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04 / 06 / 2016
        MM / DD / YYYY

x _____
Signature of individual signing on behalf of debtor

Sandra Porras Serrano
Printed name

Chief Financial Officer
Position or relationship to debtor

EAST\122999447.2

## WRITTEN CONSENT OF THE DIRECTORS
## IN LIEU OF A MEETING

Effective as of March 30, 2016, the undersigned Directors constituting not less than the minimum number of votes required for such action to be taken by the board of directors (the "Board of Directors") of Abengoa Bioenergy Biomass of Kansas, LLC, a Kansas limited liability company (the "Company"), consent to the following actions and adopt the following resolutions as permitted in accordance with section 4.6(c) of the Limited Liability Company Operating Agreement of the Company (the "Operating Agreement").

### A. Chapter 11 Filing

**WHEREAS**, on March 24, 2016, three creditors filed in the United States Bankruptcy Court for the District of Kansas an involuntary petition to begin a bankruptcy case under Chapter 7 of the Bankruptcy Code against the Company ("Chapter 7 Petition").

**WHEREAS**, the Directors considered presentations by the management and the financial and legal advisors of the Company regarding the Chapter 7 Petition; the liabilities and liquidity situation of the Company; the strategic alternatives available to it; and the effect of each the foregoing on the Company's business; and

**WHEREAS**, the Directors have had the opportunity to consult with the management and the Company's financial and legal advisors and to fully consider strategic alternatives available to the Company.

**NOW, THEREFORE, THE DIRECTORS CONSENT TO THE COMPANY'S ADOPTION OF THE FOLLOWING ACTIONS AND RESOLUTIONS:**

**RESOLVED**, that in the judgment of the Directors, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company shall be and hereby is authorized (i) to file or cause to be filed a voluntary petition for relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in a court of proper jurisdiction (such voluntary petition, a "Chapter 11 Petition"); and (ii) to take all measures necessary and appropriate to dismiss the Chapter 7 Petition or in the alternative to convert the Chapter 7 Petition to a Chapter 11 Petition in a court of proper jurisdiction; and it is further

**RESOLVED**, that any officer of the Company (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized, empowered and directed to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business; and it is further

**RESOLVED**, that the Company's Secretary, acting alone or with one or more other Authorized Officers be, and they hereby are, authorized, empowered, and directed to certify the authenticity of this Written Consent; and it is further

**RESOLVED**, that each of the Authorized Officers be, and hereby are, authorized, directed and empowered in the name of, and on behalf of, the Company, to execute and deliver any documents or to do such other things which shall in their sole judgment be necessary, desirable, proper, or advisable to give effect to the foregoing resolutions, which determination shall be conclusively evidenced by their execution thereof.

### B.  Retention of Professionals

**IT IS FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of DLA PIPER LLP (US) as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of DLA PIPER LLP (US); and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deem necessary, proper, or desirable in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case.

### C.  General

**IT IS FURTHER RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions approved in this Written Consent; and it is further

**RESOLVED**, that all members of the Board of Directors of the Company have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the Operating Agreement or applicable law, or hereby waive any right to receive such notice thereunder; and it is further

**RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Board of Directors; and it is further

**RESOLVED**, that each of the Authorized Officers (and their designees and delegates) be and hereby are authorized and empowered to take all actions or to not take any action in the name of the Company with respect to the transactions contemplated by this Written Consent as such Authorized Officer shall deem necessary or desirable in such Authorized Officers' reasonable business judgment as may be necessary or appropriate to effectuate the purposes of the transactions contemplated herein.

_____
Antonio José Vallespir de Gregorio, Director

_____
Sandra Porras Serrano, Director

_____
Gerson Santos Leon, Director

**Fill in this information to identify the case:**

Debtor name <u>Abeinsa Holding Inc. et al.</u>

United States Bankruptcy Court for the: District of Delaware

(State)

Case number (if known): _____

Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim[1] |
| 1 | SOCIÉTÉ GÉNÉRALE, SUCURSAL EN ESPAÑA, AS AGENT TORRE PICASSO. PLAZA DE PABLO RUIZ PICASSO, 1. 28020. MADRID SPAIN | | 2014 Syndicated Loan Facility | C | | | $1,454,267,982.90 |
| 2 | DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM | | $650 mm 8.875% due 2017 | C | | | $650,000,000.00 |
| 3 | DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM | | $650 mm 8.875% due 2017 | C | | | $605,495,000.00 |
| 4 | DEUTSCHE TRUSTEE COMPANY LIMITED, AS AGENT WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM | | EUR 500 8.50% due 2016 | C | | | $550,450,000.00 |

[1] Euro-denominated obligations have been converted to USD at the rate of €1 = $1.1196, reported by the Wall Street Journal on March 28, 2016.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim[1] |
| 5 | DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM | | $650 mm 8.875% due 2017 | C | | | $550,450,000.00 |
| 6 | DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET, MSNYC 60-2710 NEW YORK, NY 10005 | | $450 mm 7.75% due 2020 | C | | | $450,000,000.00 |
| 7 | DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM | | $650 mm 8.875% due 2017 | C | | | $412,837,500.00 |
| 8 | DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM | | $650 mm 8.875% due 2017 | C | | | $300,000,000.00 |
| 9 | DEUTSCHE TRUSTEE COMPANY LIMITED, AS TRUSTEE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM | | $650 mm 8.875% due 2017 | C | | | $291,738,500.00 |
| 10 | DEUTSCHE BANK AG, LONDON BRANCH, AS FISCAL AGENT WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM | | EUR 400 mm 6.25% Convertible Notes due 2019 | C | | | $178,015,530.00 |
| 11 | BANCO POPULAR ESPANOL., S.A. C/ VELAZQUEZ, 34 28001 MADRID SPAIN | | EUR 125 mm Revolving Facility | C | | | $137,612,500.00 |
| 12 | AGENSYND, S.L. VELAZQUEZ 78, 4 DERECHA, 28001 MADRID SPAIN | | EUR 106 million loan with final maturity date of 17 March 2016 | C | | | $116,695,400.00 |
| 13 | EUROPEAN INVESTMENT BANK 98-100 BLVD KONRAD ADENAUER, LUXEMBOURG, L-2950 LUXEMBOURG | | EUR 125 million facility | C | | | $82,745,845.80 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim[1] |
| 14 | SUMITOMO MITSUI BANKING CORPORATION 277 PARK AVENUE NEW YORK, NY 10172 | | Financial Debt | | | | $46,500,000.00 |
| 15 | ARB, INC. 26000 COMMERCENTER DR. LAKE FOREST, CA 92630 | | Litigation | C / U / D | | | $32,943,000.00 |
| 16 | EL INSTITUTO CREDITO OFFICIAL JAIME CERVERA/CONCHI BERROCAL DEPARTMENT OF OPERATIONS PASEO DEL PRADO, 4 28014 MADRID SPAIN | | EUR 30 million ICO financing | C | | | $32,870,672.20 |
| 17 | SOCIÉTÉ GÉNÉRALE, SUCURSAL EN ESPAÑA, AS AGENT TORRE PICASSO. PLAZA DE PABLO RUIZ PICASSO, 1. 28020. MADRID SPAIN | | 2014 Syndicated Loan Facility | | | | $23,600,000.00 |
| 18 | MMC CONTRACTORS NATIONAL, INC. 13800 WYANDOTTE STREET KANSAS CITY, MO 64145 | | Trade Debt | | | | $8,371,747.16 |
| 19 | SIEMENS ENERGY, INC. 4400 ALAFAYA TRAIL ORLANDO, FL 32826-2399 | | Trade Debt | | | | $7,136,015.04 |
| 20 | BANCO FINANTIA RUA GENERAL FIRMINO MIGUEL, 5 1600-100 LISBOA PORTUGAL | | Financial Debt | | | | $7,013,649.00 |
| 21 | MORSE ASSOCIATES, INC. 6904 RIDGEWOOD AVENUE CHEVY CHASE, MD 20815 | | Trade Debt | | | | $4,432,568.26 |
| 22 | LA CAIXA CL. SIERPES 85, PLANTA 1ª, 41004 - SEVILLA SPAIN | | Financial Debt | | | | $4,209,525.38 |
| 23 | LA CAIXA CL. SIERPES 85, PLANTA 1ª, 41004 - SEVILLA SPAIN | | Financial Debt | | | | $4,105,256.63 |
| 24 | BRAHMA GROUP INC. 1132 SOUTH 500 WEST SALT LAKE CITY, UT 84101 | | Trade Debt | | | | $3,774,177.06 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim[1] |
| 25 | SANTANDER ESP CC AVDA. DE CANTABRIA S/N EDIF. AMAZONIA PLTA. BAJA.28660 BOADILLA DEL MONTE, MADRID SPAIN | | Financial Debt | | | | $3,585,680.99 |
| 26 | ROSENDIN ELECTRIC, INC. 880 MABURY RD. SAN JOSE, CA 95133 | | Trade Debt | | | | $2,971,338.00 |
| 27 | COMERICA CC411 WEST LAFAYETTE, 5TH FLOOR, MC 3324 DETROIT, MI 48226 | | Financial Debt | | | | $2,922,980.99 |
| 28 | LATHAM & WATKINS LLP 45, RUE SAINT-DOMINIQUE PARIS 75007 FRANCE | | Trade Debt | | | | $2,795,986.19 |
| 29 | SANTANDER ESP CC AVDA. DE CANTABRIA S/N EDIF. AMAZONIA PLTA. BAJA.28660 BOADILLA DEL MONTE, MADRID BOADILLA DEL MONTE SPAIN | | Trade Debt | | | | $2,540,027.51 |
| 30 | THE CALVERT COMPANY 120 AZTEC DRIVE RICHLAND, MS 39218 | | Trade Debt | | | | $2,526,675.96 |
| 31 | BANCO POPULAR ESPANOL., S.A. C/ VELAZQUEZ, 34 28001 MADRID SPAIN | | EUR 125 mm Revolving Facility | | | | $2,471,256.45 |
| 32 | ROYAL BANK OF SCOTLAND 600 WASHINGTON BLVD., STAMFORD, CT 06901 | | Financial Debt | | | | $2,320,651.51 |
| 33 | FHI PLANT SERVICES, INC. 2672 ABEIS LANE LAS VEGAS, NV 89115 | | Trade Debt | | | | $2,192,987.13 |
| 34 | BANCO POPULAR ESPANOL., S.A. C/ VELAZQUEZ, 34 28001 MADRID SPAIN | | EUR 125 mm Revolving Facility | | | | $2,057,563.24 |
| 35 | BANK OF AMERICA 201 E. WASHINGTON ST, 22ND FL. PHOENIX, AZ 85004 | | Financial Debt | | | | $1,996,796.52 |
| 36 | ARCHER DANIELS MIDLAND COMPANY DBA 4666 FARIES PARKWAY DECATUR, IL 62526 | | Trade Debt | | | | $1,904,722.04 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim[1] |
| 37 | BANCO POPULAR ESPANOL., S.A. C/ VELAZQUEZ, 34 28001 MADRID SPAIN | | EUR 125 mm Revolving Facility | U | | | $1,853,224.09 |
| 38 | NEWJAC, INC. 415 S. GRANT STREET LEBANON, IN 46052 | | Trade Debt | | | | $1,847,998.59 |
| 39 | MARSH USA INC. 14834 COLLECTION CENTER DRIVE CHICAGO, IL 60693 | | Trade Debt | | | | $1,745,835.40 |
| 40 | ROYAL BANK OF SCOTLAND 600 WASHINGTON BLVD., STAMFORD, CT 06901 | | Financial Debt | | | | $1,663,072.38 |
| 41 | INGENIERÍA Y MONTAJES LOINTEK, S.L. AITA GOTZON, 37 URDULIZ (VIZCAYA) 48610 SPAIN | | Trade Debt | | | | $1,642,687.15 |
| 42 | UNITED RENTALS (NORTH AMERICA), INC. 6125 LAKEVIEW RD. STE 300 CHARLOTTE, NC 28269 | | Litigation | C / U / D | | | $1,624,030.13 |
| 43 | BIGGE CRANE & RIGGING CO. 14511 INDUSTRIAL CIRCLE LA MIRADA, CA 90638 | | Litigation | C / U / D | | | $1,596,465.37 |
| 44 | JANUS FIRE SYSTEMS 1102 RUPCICH DRIVE CROWN POING, IN 46307 | | Trade Debt | | | | $1,532,713.90 |
| 45 | UNITED RENTALS - RSC EQUIPMENT 1429 NORTH PINAL AVE CASA GRANDE, AZ 85122 | | Trade Debt | | | | $1,475,475.54 |
| 46 | ROYAL BANK OF SCOTLAND 600 WASHINGTON BLVD., STAMFORD, CT 06901 | | Financial Debt | | | | $1,435,675.93 |
| 47 | STOPPEL DIRT INC. PO BOX 866 SUBLETTE, KS 67877 | | Trade Debt | | | | $1,339,452.02 |
| 48 | SYNFLEX INSULATION, LLC 312 BOB SMITH, SUITE #G BAYTOWN, TX 77521 | | Trade Debt | | | | $1,334,637.06 |
| 49 | AMERICAN PIPING PRODUCTS, INC. 18333 WINGS CORPORATE DRIVE CHESTERFIELD, MO 63005 | | Trade Debt | | | | $1,286,068.29 |
| 50 | SEVES CANADA, INC. 172 MERIZZI, ST. LAURENT QUEBEC, QC H4T1S4 | | Trade Debt | | | | $1,269,500.00 |

Case 16-10876-KJC    Doc 1    Filed 04/06/16    Page 21 of 22

Debtor Name  Abeinsa Holding Inc. et al.                    Case Number 16-10876

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim[1] |
| 51 | ETHOSENERGY - WOOD GROUP INC 10455 SLUSHER DR. SANTA FE SPRINGS, CA 90670 | | Trade Debt | | | | $1,159,422.06 |
| 52 | BAKER CORP 3020 OLD RANCH PARKWAY SUITE 220 SEAL BEACH, CA 90740 | | Trade Debt | | | | $1,129,163.92 |
| 53 | BEARING HEADQUARTERS CO. PO BOX 6267 BROADVIEW, IL 60155 | | Trade Debt | | | | $1,114,610.77 |
| 54 | WORLD ELECTRIC SUPPLY 2151 BLOUNT ROAD PAMPANO BEACH, FL 33069 | | Trade Debt | | | | $1,026,729.99 |
| 55 | COMERICA CC 411 WEST LAFAYETTE, 5TH FLOOR, MC 3324 DETROIT, MI 48226 | | Financial Debt | | | | $953,589.51 |
| 56 | UNITED RENTALS, INC. 2358 N. 1ST STREET HERMISTON, OR 97838 | | Trade Debt | | | | $923,087.66 |
| 57 | SPX CORPORATION 19191 HEMPSTEAD HIGHWAY HOUSTON, TX 77065 | | Trade Debt | | | | $888,095.12 |
| 58 | AON RISK INSURANCE SERVICES WEST P.O. BOX 849832 LOS ANGELES, CA 90084-9832 | | Trade Debt | | | | $887,465.09 |

Fill in this information to identify the case and this filing:

Debtor Name <u>Abeinsa Holding Inc. et al.</u>

United States Bankruptcy Court for the: Eastern District of <u>Missouri</u>
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐     *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐     *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐     *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐     *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐     *Schedule H: Codebtors (Official Form 206H)*

☐     *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐     *Amended Schedule* _____

☒     *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders (Official Form 204) Presented on a Consolidated Basis*

☐     *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>04/06/2016</u>
      MM / DD / YYYY

x _____
Signature of individual signing on behalf of debtor

<u>William H Runge, III</u>
Printed name

<u>Managing Director of Alvarez & Marsal North America, LLC</u>
Position or relationship to debtor

Official Form 202      **Declaration Under Penalty of Perjury for Non-Individual Debtors**